UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TYRONE JULIUS, )
)
Plaintiff, )
)
v. ) Civil Action No. 10- 1627
)
MRS. S. GAMMY, )
)
Defendant. )

## MEMORANDUM OPINION

For purposes of this Memorandum Opinion and Order, the Court consolidates four

separate complaints, each submitted with an application to proceed *in forma pauperis*.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short

and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain

statement of the claim showing that the pleader is entitled to relief, and a demand for judgment

for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of

Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a

responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res

judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaints set forth no facts at all, and utterly fail to comply with the minimal

requirements of Rule 8(a). Neither the court nor the defendants can discern the nature or basis of

plaintiff's claims, and the basis of the court's jurisdiction is unclear. As drafted, the complaints

fail to comply with Rule 8(a) , and, accordingly, the four consolidated complaints will be

dismissed. An Order consistent with this Memorandum Opinion will be issued on this same

date.

Date: August 31, 2010

United States District Judge